# ORDER SETTING PROCEDURES FOR
# ADVERSARY PROCEEDING STATUS CONFERENCES

**Hon. Vincent P. Zurzolo**
U.S. Bankruptcy Judge, Central District of California

**Revised November 2017**

### A. SERVICE OF SUMMONS: MANNER; TIME FRAME; ANOTHER SUMMONS

1. **Manner**: A summons must be served in the manner provided in FRBP 7004 for the type of defendant being served. Service on some parties must be done by certified mail.

2. **Time Frame**: Pursuant to FRBP 7004(e), a summons must be served no later than seven (7) days after it is issued, unless service is to be made in a foreign country.

3. **Request Another Summons**: If a summons is not timely served, or another summons is required to add a party, the party seeking another summons must do so by filing the LBR form F 7004-1.2.REQUEST.ANOTHER.SUMMONS. A MS Word version of the form is posted on the LBR Forms page of the website at www.cacb.uscourts.gov :

### B. SERVING DOCUMENTS WITH SUMMONS / COMPLAINT; PROOF OF SERVICE

1. **Pre-Status Conference Instructions**: A copy of this "Order Setting Procedures for Adversary Proceeding Status Conferences" must be attached to every copy of the complaint served upon a party, and the <u>affidavit of service must state that this order as well as a copy of the summons and complaint and, if applicable, a copy of the Debtor Assistance Program Notice was served</u>.

### C. REQUESTS TO EXTEND RESPONSE DEADLINE OR CONTINUE HEARING

1. **Response Deadline**: A stipulation to extend the response deadline is effective only after the court enters an order approving the stipulation. A request (motion or stipulation) to extend the deadline to a date within seven (7) days of the status conference will likely be denied unless the status conference is continued to permit the Court adequate time to review filed documents.

2. **Continue a Status Conference**: A motion or stipulation to continue a hearing will not be granted unless adequate cause is provided. "Discussing settlement" is not ordinarily adequate cause. A status conference may be continued to allow a settlement agreement to be executed and filed if the request contains a copy of the settlement or a substantial recitation of its terms and the request is filed at least three (3) <u>court</u> days prior to the status conference date. Parties must comply with all applicable filing deadlines unless a settlement is timely reached.

D. **DISPUTES ABOUT CORE PROCEEDING, JURISDICTION, FINAL ORDER, OR RIGHT TO JURY TRIAL**

   Each dispute identified below may be resolved at the status conference.  To raise any such dispute, the party or parties must file and serve a memorandum of points and authorities and evidence in support of their positions no later than fourteen (14) days before the Status Conference.  Any response must be filed and served no later than seven (7) days before the Status Conference.  The failure of any party to timely file and serve documents will be deemed consent to the Court's determination about any such dispute.

   Relevant Disputes that must be addressed before the initial status conference are:

   1. **Core**:  Is the adversary proceeding is core within the meaning of 28 U.S.C. § 157(b)?
   2. **Jurisdiction**: Does the court have jurisdiction?
   3. **Entering a Final Order**:  Does the court have the authority to enter a final order?
   4. **Jury Trial**:  Is there a right to a jury trial?

E. **PREPARING FOR THE STATUS CONFERENCE**

   1. **FRBP 7026(f)(1): Confer 21 Days Prior to Initial Status Conference**.  The date of the initial status conference is the FRBP 7026(f)(1) "scheduling conference";  all parties must confer 21 days or more prior to this date on all matters set forth in FRBP 7026(f)(1).

   2. **Determining Whether You Must File a Status Report**:

   **a. YES:**   A status report must be prepared and filed no later than fourteen (14) days before the date set for each status conference if either of the following scenarios occur:

   1. **At Least One Defendant Has Filed a Response:  File a Joint Status Report**.  The plaintiff(s) and all parties who have been timely served with the complaint <u>must</u> prepare and file a Joint Status Report

   2. **No Defendant Filed Response; and Summons not Served on All Defendants: File a Unilateral Status Report**.  The plaintiff(s) <u>must</u> prepare and file a Unilateral Status Report in which plaintiff(s) identify any defendants not timely served and indicate the status of obtaining another summons (if relevant).

   Judge Zurzolo has a <u>mandatory</u> status report format.  Failure to use this form may result in monetary sanctions and/or continuing the  status conference to require parties to prepare and file a status report properly.  A MS Word version of the form is posted on Judge Zurzolo's page of the website at www.cacb.uscourts.gov :

   * Under "**Judges**", select "**Zurzolo, V.**"
   * Select "**Forms**"
   * Select "**Adversary Proceeding Status Report**"

**b. NO:** Do not file a status report if either of the following steps have been taken no later than fourteen (14) days before a status conference:

1. **Default Has Been Entered or Requested Against All Defendants**: This means:

    a. A "Notice That the Clerk Has Entered Default" has been entered against all defendants who were timely served with a summons / complaint, and who did not file a response to the complaint; or

    b. Plaintiff(s) have filed a request for entry of default against each non-responding defendant using LBR form F 7055-1.REQ.ENTER.DEFAULT, and are waiting for a "Notice that the Clerk has Entered Default" to be entered for each non-responding defendant.

2. **Default Has Been Entered on All Defendant, and a Motion for Default Judgment Has Been Filed and Set for Hearing**: This means a "Notice that the Clerk has Entered Default" has been entered against all defendants, AND plaintiff(s) filed a motion for default judgment and set the motion for hearing. A calendar of available dates to hear a motion for default judgment is available on Zurzolo's page of the website at www.cacb.uscourts.gov :

    * Under "**Judges**", select "**Zurzolo, V.**"
    * Select "**Self-Calendaring**"
    * Select "**Dates**"
    * Select **the year that is correct**
    * Identify an available **Tuesday @ 11:00 a.m.** which allows time for proper service of the motion
    * Put that date in the caption of the Notice of Motion for Default Judgment

## F. AT THE STATUS CONFERENCE

1. **Attendance in Person**

    A. **REQUIRED**:    Attendance is required unless specifically waived by Judge Zurzolo in an order or by a posted tentative ruling. If a party is represented by an attorney, the attorney required to appear is the attorney who will act as trial counsel or who is responsible for preparing for trial. **See LBR 7016-1(a)(1).** Corporations, partnerships and other legal entities must be represented by an attorney. **See LBR 9011-2(a).**

    B. **WAIVED**: If Judge Zurzolo waives appearances, such waiver will only be stated in an order entered on the adversary proceeding docket, or posted as a tentative ruling on the court's website. Judge Zurzolo does not permit parties to not appear at a status conference simply because parties entered into a stipulation or filed some other request to not appear. Do not call chambers to request waiver of appearance.

C. **TELEPHONIC APPEARANCE**: In <u>rare</u> situations, Judge Zurzolo may allow an attorney to appear by telephone. When making a request to appear by phone, please follow Judge Zurzolo's Telephonic Appearance Instructions on his page of the court's website at www.cacb.uscourts.gov :

    * Under "**Judges**", select "**Zurzolo, V.**"
    * Select "**Forms**"
    * Select "**Adversary Proceeding Status Report**"

2. **Rulings to Anticipate**: Please be prepared for Judge Zurzolo to make rulings on at least the following matters:

A. <span style="color:red">**DISPUTES ABOUT CORE, JURISDICTION, ENTERING FINAL ORDER, and RIGHT TO JURY TRIAL**: Please see section D above.</span>

B. **DEADLINES and DATES**: Judge Zurzolo may set deadlines to amend pleadings and join parties, complete discovery, complete mediation, and for conducting a hearing on pre-trial motions (including motions for summary judgment).

Judge Zurzolo may also set a date to conduct a pre-trial conference or continued status conference. Judge Zurzolo rarely sets a trial date at the status conference. If a trial is to be set, those dates usually are selected at a pre-trial conference.

C. **FUTURE PRETRIAL CONFERENCE**; **PRETRIAL STIPULATION**: In most adversary proceedings on path for a trial, and in which Judge Zurzolo sets a date for a pretrial conference, Judge Zurzolo will order parties to prepare and file a pretrial stipulation. The format that must be used is located on Judge Zurzolo's page of the website at www.cacb.uscourts.gov:

    * Under "**Judges**", select "**Zurzolo, V.**"

(1)    * Select "**Forms**"
    * Select "**Pretrial Procedures: Model Pretrial Stipulation**"
    * Select "**Pretrial Procedures: Model Order on Pretrial Stipulation**"

(2)    * Select "**Instructions/Procedures**"
    * Select "**Pretrial Procedures: Instructions for Preparing Model Pretrial Stipulation and Model Order on Pretrial Stipulation**"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ryan Coy<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>517-376-0350<br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>GHBW<br><br><br>Debtor(s). | CASE NO.: 2:21-bk-11300-VZ<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:23-ap-01083-VZ |
|---|---|
| JOHN PRINGLE<br>Plaintiff(s)<br>Versus<br>Geoffrey H. Hackett<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/24/2023.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
**Date:** May 18, 2023
**Time:** 10:30 AM
**Hearing Judge:** Vincent P. Zurzolo
**Location:** 255 E Temple St., Crtrm 1368, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 1     **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: February 22, 2023

By: "s/" Shemainee Carranza

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016          Page 2          **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____ _____ _____
*Date*                    *Printed Name*                                    *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents entitled:
**1. COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL, FRAUDULENT, AND UNAUTHORIZED POST-PETITION TRANSFERS, AN ACCOUNTING, TURNOVER OF ESTATE PROPERTY, BREACH OF FIDUCIARY DUTY, AND CONVERSION;
2. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERARY PROCEEDING [LBR 7004-1]
3. JUDGE ZURZOLO'S ORDER SETTING PROCEDURES FOR ADVERSARY PROCEDING STATUS CONFERENCES; AND
4. NOTICE RE COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*JUDGE'S COPY OF DOCUMENT UNDER 25 PAGES IS TEMPORARILY SUSPENDED (GENERAL ORDER 21-05).**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ryan Coy    rcoy@bg.law, ecf@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 23, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Geoffrey H. Hackett | Geoffrey H. Hackett | Geoffrey H. Hackett |
|---|---|---|
| 330 5th Street, Unit B | 1751 Berkeley Street | 1033 3rd Street, Apt 203 |
| Austin, TX 78704 | Santa Monica, CA 90403 | Santa Monica, CA 90403-3713 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2023 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012    F 7004-1.SUMMONS.ADV.PROC